# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PAMELA IRENE HERRING,** | : CIVIL ACTION NO. 3:13-CV-00004 |
| **Plaintiff** | : (Chief Judge Conner) |
| vs. | : |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SOCIAL SECURITY,** | : |
| **Defendant** | : |

## ORDER

AND NOW, this 18th day of March, 2014, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Pamela Irene Herring as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Pamela Irene Herring disability insurance benefits is AFFIRMED.

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania